# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00514-CR

**Denise White, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. D-1-DC-06-202625, HONORABLE JULIE KOCUREK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Denise White seeks to appeal an order deferring adjudication entered after she pleaded guilty to aggravated assault. The trial court has certified that this is a plea bargain case and White has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 3, 2006

Do Not Publish